**Order filed, March 31, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-01011-CR

———————

**MARGARET  RENEE  MAYER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1416618**

---

### ORDER

The reporter's record in this case was due **February 09, 2015**.  *See* Tex. R. App. P. 35.1.  On **February 10, 2015**, this court granted the court reporters request for extension of time to file the record until **March 11, 2015**.  To date, the record has not been filed with the court.  Because the reporter's record was not filed within the time prescribed in the first request, the court issues the following order.

We order **Chelsea Erickson**, the substitute court reporter, to file the record in this appeal **on or before April 30, 2015. No further extension will be entertained.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Chelsea Erickson** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM